## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,          : | |
| : | |
| Plaintiff          : | |
| v.          : | |
| :  | Criminal Action No. 24-40-CFC |
| ASAAD AMIR HASUAN          : | |
|   a/k/a "Dante Fredrick"          : | |
| DEBORAH DANIELSTUNSTILL          : | |
| DESTINEE LECOUNT          : | |
| AUDREY GIBBONS          : | |
| PENNY HUNTER          : | |
| BEVERLY FREDRICK          : | |
| LAKISHA EASTON          : | |
| JASMINE WARREN          : | |
| MANUEL JOSEPH ROCHA          : | |
| : | |
| Defendant.          : | |

FILED
NOV 21 2024
U.S. DISTRICT COURT DISTRICT OF DELAWARE

## MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, Meredith C. Ruggles and Claudia L. Pare, Assistant United States Attorneys, and hereby move to unseal the case file in the above-captioned matter.

    Respectfully submitted,

    DAVID C. WEISS
    United States Attorney

BY:    */s/ Claudia L. Pare*
    Claudia Pare
    Assistant United States Attorney

Dated:  November 21, 2024

1

**IT IS SO ORDERED** this __21ˢᵗ__ day of November, 2024, that the file in the above-captioned matter is unsealed.

_____
HONORABLE LAURA D. HATCHER
UNITED STATES MAGISTRATE JUDGE